IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 16-51– GF–BMM |
| Plaintiff, | |
| vs. | |
| JOHN WILLIAM LIEBA, II, | |
| Defendant. | |

On August 1, 2016, the undersigned granted Defendant, John William Lieba, II's (Lieba) Motion for a Psychiatric Exam, Doc. 16. On September 27, 2016, the Court received notice from C. Ingram, Warden at Federal Detention Center, SeaTac, Washington, where Lieba will be evaluated, requesting the 45 day study begin on September 6, 2016, the date Lieba arrived at SeaTac

Accordingly, **IT IS ORDERED** that the 45 day study of Lieba began on September 6, 2016. The study period will end on October 21, 2016 with the final report submitted to the Court no later than November 4, 2016.

DATED this 27th day of September, 2016.

_____
Brian Morris
United States District Court Judge