IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | CR 16-51– GF–BMM |
|---|---|
| Plaintiff, | |
| vs. | |
| JOHN WILLIAM LIEBA, II, | |
| Defendant. | |

On August 1, 2016, the undersigned granted Defendant, John William Lieba, II's (Lieba) Motion for a Psychiatric Exam, (Doc. 16). On October 25, 2016, the Court received notice from C. Ingram, Warden at Federal Detention Center, SeaTac, Washington, where Lieba is being evaluated, requesting a 30-day extension of the evaluation.

Accordingly, **IT IS ORDERED** that a 30-day extension of the evaluation of Lieba is granted. The study period will end on November 20, 2016 with the final report submitted to the Court no later than December 5, 2016.

DATED this 25th day of October, 2016.

_____
Brian Morris
United States District Court Judge