# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**JOHN WILLIAM LIEBA, II,**<br><br>Defendant. | **CR 16-51-GF-BMM**<br><br><br><br>**ORDER** |

Upon unopposed motion of the United States, and for good cause shown,

The United States' motion to allow Dr. Ryan Nybo to testify via video at the competency hearing scheduled for January 5, 2017 at 1:30 p.m. is GRANTED.

The United States shall make all the necessary video conference arrangements with the Court systems staff in Great Falls, Montana. The hearing will not be continued or interrupted if conferencing arrangements cannot be made or if the conference transmission signal is interrupted or lost.

DATED this 27th day of December, 2016.

Brian Morris
United States District Court Judge