IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | CR-16-51-GF-BMM |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| JOHN WILLIAM LIEBA II, | |
| Defendant. | |

Upon the unopposed motion of the United States, and for good cause shown,

IT IS ORDERED that the United States' Motion to Seal the Expert Witness Disclosure of Dr. Brewer is GRANTED.

The Clerk of Court is directed to file the Expert Witness Disclosure, and all accompanying documents, under seal.

DATED this 31st day of March, 2017.

_____
Brian Morris
United States District Court Judge