IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION



FILED
APR 1 1 2017
Clerk, U.S District Court
District Of Montana
Great Falls

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN WILLIAM LIEBA II,<br><br>Defendant. | CR-16-51-GF-BMM<br><br>**VERDICT** |

1. We, the Jury in the above entitled matter, unanimously find the Defendant, John William Lieba II,

\_\_\_\_\_ Not Guilty

__X__ Guilty

of kidnapping an individual under the age of 18 as charged in Count I of the Indictment.

2. We, the Jury in the above entitled matter, unanimously find the Defendant, John William Lieba II,

\_\_\_\_\_ Not Guilty

__X__ Guilty

of aggravated sexual abuse of a child as charged in Count II of the Indictment.

3. We, the Jury in the above entitled matter, unanimously find the Defendant, John William Lieba II,

    \_\_\_\_\_    Not Guilty

    \_✗\_    Guilty

of assault resulting in serious bodily injury on an individual under the age of 18 as charged in Count III of the Indictment.

DATED this \_11\_ day of April, 2017.

Foreperson signature redacted. Original document filed under seal.