**RYAN G. WELDON**
**Assistant U.S. Attorney**
**U.S. Attorney's Office**
**P.O. Box 3447**
**Great Falls, MT  59403**
**119 First Ave. North, Suite 300**
**Great Falls, MT  59403**
**Phone:  (406) 761-7715**
**FAX:  (406) 453-9973**
**E-mail:  Ryan.Weldon@usdoj.gov**

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  Plaintiff,  vs.  **JOHN WILLIAM LIEBA II,**  Defendant. | **CR 16-51-GF-BMM**  **NOTICE OF SENTENCING WITNESSES** |

1

The sentencing witnesses will be as follows:

1. FBI Special Agent David Burns—Agent Burns will address the sentencing objections, if requested by the Court.

2. Jim Summers, Chief of Police for the Fort Peck – Chief Summers will address the impact that this case has had on the community and the need for significant deterrence.

3. Kenny Trottier, Supervisory Criminal Investigator – Trottier will address the impact that this case has had on the community and the need for significant deterrence.

DATED this 24th day of July, 2017.

                                        LEIF JOHNSON
                                        Acting United States Attorney


                                        */s/ Ryan G. Weldon*
                                        RYAN G. WELDON
                                        Assistant U.S. Attorney